**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
HECTOR HINOJOSA-CISNEROS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00123 DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |
| vs. | |
| HECTOR HINOJOSA-CISNEROS, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARABARA MCAULIFFE AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HECTOR HINOJOSA-CISNEROS, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference hearing currently set for Monday, August 27, 2018 be continued to Monday, November l2, 2018.

It was my understanding that I am in receipt of all discovery. I am need of additional time to review evidence with the Homeland Security Investigation agent, and to conduct further investigation. AUSA David Gappa has conveyed an offer to compromise to which I will review with Mr. Hinojosa upon completion of evidence review and investigation. AUSA David Gappa and I agree that if a disposition is not reached by the next status conference, we will be prepared to set this matter for trial.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(i).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 8/23/18  */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
HECTOR HINOJOSA-CISNEROS

DATED: 8/23/18  */s/David Gappa*
DAVID GAPPA
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the 1st Status Conference is continued from August 27, 2018 to November 13, 2018 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(i).

IT IS SO ORDERED.

Dated: __**August 23, 2018**__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE