DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
HECTOR HINOJOSA-CISNEROS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR HINOJOSA-CISNEROS,<br><br>Defendants. | Case No. 1:18-cr-00123 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HECTOR HINOJOSA-CISNEROS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the change of plea hearing currently set for Monday, February 11, 2019, be continued to February 19, 2019at 10:00a.m.

I recently received the plea agreement from AUSA David Gappa and am requesting additional time to review and sign said plea agreement with Mr. Hinojosa. Mr. Hinojosa would also like additional time to take care of personal matters prior to being remanded into custody. I have spoken to AUSA David Gappa and he has no objection to the continuance. Speed Trial Act time is excluded in the interests of justice under 18 U.S.C. sections 3161(h)(I)(G), 3161(h)(7)(A).

//

//

//

1

**IT IS SO STIPULATED.**

DATED: 2/6/2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
HECTOR HINOJOSA-CISNEROS

DATED: 2/6/19

*/s/David Gappa*
DAVID GAPPA
Assistant U.S. Attorney

# **ORDER**

IT IS HEREBY ORDERED that the change of plea hearing be continued to Tuesday, February 19, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 7, 2019**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE