DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
HECTOR HINOJOSA-CISNEROS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR HINOJOSA-CISNEROS | Case No. 1:18-CR-00123 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HECOR HINOJOSA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, May 6, 2019 be continued to Monday June 17, 2019.

After meeting with Mr. Cisneros, I will be seeking a psychological report regarding recidivism for purposes of sentencing. I am requesting a continuance to allow the psychologist to meet with and proper said report. I have spoken AUSA David Gappa and he has no objection to continuing the sentencing hearing. Time is excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

//

//

1

| | |
|---|---|
| DATED: May 2, 2019 | Respectfully Submitted,<br>*/s/ David A Torres*<br>DAVID A. TORRES<br>Attorney for Defendant<br>Hector Hinojosa Cisneros |
| DATED: May 2, 2019 | */s/David Gappa*<br>DAVID GAPPA<br>Assistant U.S. Attorney |

## **ORDER**

The sentencing hearing currently set for May 6, 2019, 2019 is continued to June 17, 2019 before District Judge Dale A. Drozd at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**May 2, 2019**__

_____
UNITED STATES DISTRICT JUDGE