DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
HECTOR HINOJOSA-CISNEROS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HECTOR HINOJOSA-CISNEROS,<br><br>        Defendants. | Case No. 1:18-CR-00123 DAD-BAM<br><br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, HECTOR HINOJOSA-CISNEROS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for June 17, 2019, be continued to August 12, 2019 at 10:00 a.m.

    Defense counsel retained psychologist Michel Musacco to conduct an interview/assessment of Mr. Hinojosa-Cisneros for purposes of a Risk Assessment.  Counsel for defendant received an email yesterday (6/11/19) from Dr. Musacco informing him that he was delayed in preparing his report, and that he needs an additional 2 ½ weeks to complete the assignment. Upon learning of Dr. Musuacco's need for an extension, counsel sent an email to AUSA David Gappa informing him of Dr. Musacco's request. An email was also sent to the Court Clerk Jamie Thorp inquiring of the court's availability to hear the sentencing. AUSA David Gappa does not object to a continuance. Upon reviewing both the court and AUSA Gappa's

1

availability, August 12, 2019, is a date convent to all counsel.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 6/13/19

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
HECTOR HINOJOSA-CISNEROS

DATED: 6/13/19

*/s/ David Gappa*
DAVID GAPPA
Assistant U.S. Attorney

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for June 17, 2019, is continued to August 12, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**June 13, 2019**__

_____
UNITED STATES DISTRICT JUDGE